**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| DR. TIA ROBINSON-COOPER,<br><br>Plaintiff,<br><br>v.<br><br>IVY TECH SOUTH BEND-ELKHART, IVY TECH COMMUNITY COLLEGE OF INDIANA, and SUE ELLSPERMANN, in her individual capacity,<br><br>Defendants. | ) | Case No. 1:25-cv-01448-JRO-MJD |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE BRIEF IN EXCESS OF THE PAGE LIMIT**

Plaintiff Dr. Tia Robinson-Cooper, by counsel, moves under Local Rule 7-1(e)(2) for leave to file a brief in opposition to Defendants' Motion for Summary Judgment [Dkt. 81] of no more than 37 pages, seven pages more than the 30 pages Local Rule 7-1(e)(1) allows. Plaintiff's proposed brief is tendered with this motion as Exhibit A. Plaintiff is filing a separate motion for a one-day extension of time to file it. In support, Plaintiff states:

1. Defendants filed their Motion for Summary Judgment on September 4, 2026, with a supporting brief and 52 exhibits, seven of them under seal. [Dkt. 81; Dkt. 82; Dkt. 84.] The Court extended Plaintiff's response deadline twice, most recently to November 16, 2026. [Dkt. 91; Dkt. 100.] On November 16, Plaintiff timely filed her designation of evidence, with 29 exhibits. [Dkt. 102.]

2. Plaintiff's discrimination claim rests on evidence that the same decisionmaker treated five white male leaders more leniently than Plaintiff for comparable or more serious misconduct. As Plaintiff's counsel completed the response, she did not appreciate in advance how

extensive that comparator evidence would be. Each of the five comparators requires its own account of the conduct, the complaints, and the discipline or lack of it, supported by record citations, and then a separate comparison to Plaintiff's own record. Presenting that evidence took more pages than counsel had anticipated, and more time.

3. Plaintiff has limited the brief to the claims and issues she is contesting. Her response addresses her race and sex discrimination claims and her FMLA interference and retaliation claims, and it does not respond to Defendants' arguments on the other claims in the complaint.

4. Plaintiff recognizes that the Court's Practices and Procedures require a request for additional pages to be made at least five days before the filing deadline, and that a later request will be denied absent a compelling and unanticipated reason. [Dkt. 94 at 5.] Plaintiff does not claim any outside cause for this request. It results from counsel's underestimate of the space and time needed to present the comparator evidence, and the space needed to reference each cite pursuant to the docket number.

5. As Local Rule 7-1(e)(3) requires, the tendered brief includes a table of contents, a table of authorities, and a statement of issues.

6. Granting the motion will not prejudice Defendants. Plaintiff does not object to Defendants receiving the same number of additional pages, seven, for their reply.

7. On November 17, 2026, Plaintiff's counsel asked defense counsel whether Defendants object to this motion. Defendants had not responded at the time of filing.

WHEREFORE, Plaintiff respectfully requests that the Court grant her leave to file a response brief of no more than 37 pages, grant Defendants leave to file a reply brief of no more than 22 pages, and grant all other just and proper relief.

Respectfully submitted,

*/s/ Amber K. Boyd*
Amber K. Boyd, Atty. No. 31235-49
AMBER BOYD LAW
8506 Evergreen Ave.
Indianapolis, IN 46240
Telephone: (317) 960-5070
Email: amber@amberboydlaw.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on November 17, 2026, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record, including:

Melissa A. Macchia
Megan A. Van Pelt
TAFT STETTINIUS & HOLLISTER LLP
mmacchia@taftlaw.com
mvanpelt@taftlaw.com

*/s/ Amber K. Boyd*
Amber K. Boyd

**CERTIFICATE REGARDING USE OF ARTIFICIAL INTELLIGENCE**

This document was generated with the assistance of Claude (Anthropic). I hereby certify under penalty of perjury that, despite reliance on an AI tool, I have independently reviewed this document to confirm the accuracy and legitimacy of all cited authority and any characterization or summary thereof pursuant to Rule 11 of the Federal Rules of Civil Procedure.

/s/ Amber K. Boyd
Amber K. Boyd