UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TIA ROBINSON-COOPER,<br><br>Plaintiff,<br><br>v.<br><br>IVY TECH SOUTH BEND-ELKHART,<br>IVY TECH COMMUNITY COLLEGE OF INDIANA,<br>SUE ELLSPERMANN in her individual capacity,<br><br>Defendants. | ) | No. 1:25-cv-01448-JRO-MJD |

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE OUT OF TIME, DENYING MOTION TO FILE OVERSIZE RESPONSE BRIEF**

Before the Court are two motions filed by Plaintiff, both related to her brief in response to Defendants' motion for summary judgment. Plaintiff filed a 37-page response brief at 12:38 A.M. on November 17, 2926. Dkt. 103. After that, she moved first for leave to file an oversize response brief, dkt. [104], and second for leave to file a belated response brief, dkt. [105]. Defendant opposed both motions. Dkts. 106 & 107.

Plaintiff's response brief was initially due October 2, 2026. Dkt. 99. She received two extensions, pushing back her response deadline to November 16. Dkts. 91, 100. Plaintiff argues she has met the standard of excusable neglect because presenting all the evidence in her response, including evidence of five comparators in this employment-law case, "took more time than counsel had anticipated." Dkt. 105 at 2. The Court finds Plaintiff has shown excusable neglect, including because her filing was less than an hour late and because

Defendants do not claim to be prejudiced by it, dkt. 107, and so **GRANTS** the motion at docket entry [105] and accepts docket entry 103 as timely filed.

However, Plaintiff has not met the standard required to obtain a page-limit extension. The Court's practices and procedures state:

> If a party files a motion to extend the page limit at the same time the party's brief is due, the extension request will be denied absent a compelling and unanticipated reason for violating this rule. The Court will also not consider any arguments made in pages which exceed the Local Rules' requirements.

*J. Olson Practices and Procedures* II.H.5. Plaintiff acknowledges this requirement. Dkt. 104 ¶ 4. She states her oversized filing, "results from counsel's underestimate of the space and time needed to present the comparator evidence, and the space needed to reference each cite pursuant to the docket number." *Id.* ¶ 4. As Defendants point out, Plaintiff has not provided a "compelling and unanticipated" reason for her oversized brief. Dkt. 106 at 4. The Court accordingly **DENIES** her motion to file an oversize response. Dkt. [104]. The Court will not consider any arguments Plaintiff makes after page 30 (dkt. 103 at 36) of her briefing.

**SO ORDERED.**

Date: 11/20/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record